# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * *
MARCO ANTONIO OCHOA-           *
GONZALEZ,                      *
                               *
            Plaintiff,         *
                               *   No. 18-1496C
      v.                       *   Filed: October 2, 2018
                               *
UNITED STATES,                 *
                               *
            Defendant.         *
                               *
* * * * * * * * * * * * * * * *
```

## ORDER

The court is in receipt of pro se plaintiff's complaint. Plaintiff submitted the complaint to the court without paying the $400.00 filing fee or submitting an application to proceed in forma pauperis. As a result of this failure, the above-captioned case is **DISMISSED**, without prejudice.

**IT IS SO ORDERED.**

*/s/ Marian Blank Horn*
**MARIAN BLANK HORN**
**Judge**

7017 2620 0000 7637 4358